In the Matter of Proceedings Supplementary to Execution, etc.  David Klein, Respondent, v. Sirrontis Marovelas and Nicolas Varounes, Defendants.  Peter Marovelas, Third Party, Appellant.— Orders of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that relief under section 44 of the Personal Property Law* cannot be obtained by a third party proceeding supplementary to execution.  (See *Kaphan* v. *Rogers Bros. Grocery Co., Inc.*, 169 App. Div. 63.)  Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Account of Proceedings of Frederick Ranscht, as Guardian of William R. Bare, an Infant, Respondent.  William R. Bare, Appellant.— Orders of the Surrogate's Court of Westchester county of April 27, 1915, severally affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. August Alex, Appellant.— Appellant's accosting the plain-clothes officer with the query, " Who are you looking for?" and "What do you want — stuff?" and a direction where to go to procure it, followed by further inquiry if the officer had seen the person indicated, which led to the sale of heroin by Spellman, warranted the Court of Special Sessions in finding appellant guilty.  His offense was consummated by directing purchasers to those having and vending the drug (Penal Law, § 2; *People* v. *Peckens*, 153 N. Y. 576), and the proof of such participation was not overcome by appellant's denials of knowledge or complicity in this prohibited traffic.  The judgment of conviction of the Court of Special Sessions is, therefore, affirmed.  Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment of conviction and orders of the County Court of Kings county affirmed.  No opinion.  Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Charles A. J. Queck-Berner, Appellant, v. Ward Baking Company, Respondent.— Judgment unanimously affirmed, with costs.  Assuming what is not the fact, that the proof established the carelessness of the defendant, it would be an undue expansion of the doctrine of liability announced in *Thomas* v. *Winchester* (6 N. Y. 397) and cognate cases, to include this case within the application of that doctrine.  Present — Jenks, P. J., Carr, Stapleton, Mills and Putnam. JJ.

Louis F. Therasson, Respondent, v. Nellie V. Thompson, Appellant.— Judgment affirmed, with costs.  No opinion.  Jenks, P. J., Carr, Stapleton, Mills, and Putnam, JJ., concurred.

* See Consol. Laws, chap. 41 (Laws of 1909, chap. 45), § 44, as amd. by Laws of 1914, chap. 507.—[REP.